UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SHENZHEN JIANKE TECHNOLOGY
CO., LTD. and SHENZHEN
HUIHAIBANG TRADING CO., LTD.,

    Plaintiffs,

    v.                                                                          Case No. 3:25CV357 (RCY)

EARTHABLES LTD.,

    Defendant.

**MEMORANDUM ORDER**
**(Granting Plaintiff's Motion to File Documents Under Seal)**

This mater comes before the Court pursuant to Local Civil Rule 5(C) and Plaintiff SHENZHEN JIANKE TECHNOLOGY CO., LTD. ("Jianke") and Plaintiff SHENZHEN HUIHAIBANG TRADING CO., LTD. ("HHB") (collectively herein, "Plaintiffs") Motion to File Documents Under Seal. Plaintiffs seek to seal portions of their Memorandum of Points and Authorities in Support of Plaintiffs' Motion for a Temporary Restraining Order and Other Relief ("Memorandum in Support of TRO") and portions of the Declarations of Chun Huang and Mengming Zhang (collectively herein, "Declarations").

These documents contain and/or reference information of the Plaintiffs' highly confidential, commercially sensitive information. Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, Plaintiffs provided public notice of this motion by filing an appropriate Notice with the Court. Plaintiffs' Memorandum of Support of Motion to File Under Seal sufficiently provides the basis for sealing.

The Court FINDS that the Plaintiffs Shenzhen Jianke Technology Co., Ltd. and Plaintiff Shenzhen Huihaibang Trading Co., Ltd. established that the information at issue constitutes confidential and proprietary, commercial sensitive information and that less drastic alternatives are not available to sealing limited portions of the Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and Other Relief (ECF No. 10), and portions of the Declarations of Chun Huang (ECF No. 10-2) and Mengming Zhang (ECF No. 10-1) in Support of Plaintiffs' Motion for a Temporary Restraining Order and Other Relief.

Accordingly, the Court GRANTS Plaintiffs' Motion to Seal (ECF No. 12) and ORDERS that unredacted versions of Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and Other Relief, and portions of the Declarations of Chun Huang and Mengming Zhang in Support of Plaintiffs' Motion for a Temporary Restraining Order and Other Relief shall be maintained under seal by the Clerk pending further order of the Court.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

/s/ *RCY*
_____
Roderick C. Young
United States District Judge

Date: May 14, 2025
Richmond, Virginia

2