IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| SHENZHEN JIANKE TECHNOLOGY, CO., LTD, *et al.*, | ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25CV357 (RCY) |
| | ) | |
| EARTHABLES, LTD., | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on its own initiative. The Court hereby DIRECTS the parties to <u>jointly file</u> a proposed Scheduling Order in this matter **on or before September 29, 2025**.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

/s/ _RCY_
Roderick C. Young
United States District Judge

Date: September 17, 2025
Richmond, Virginia