SHENZHEN JIANKE TECHNOLOGY
CO., LTD. and SHENZHEN
HUIHAIBANG TRADING CO., LTD.,

    Plaintiffs,

    v.

EARTHABLES LTD.,

    Defendant.

Case No. 3:25-cv-357

## NOTICE OF FILING JOINT SCHEDULING ORDER

COMES NOW, Plaintiff SHENZHEN JIANKE TECHNOLOGY CO., LTD. ("Jianke")
and Plaintiff SHENZHEN HUIHAIBANG TRADING CO., LTD. ("HHB") (collectively herein,
"Plaintiffs"), and Defendant EARTHABLES LTD., ("Defendant," together with Plaintiffs "the
Parties"), by counsel and pursuant to the Orders dated September 17 and 30, 2025 [ECF Nos. 53
and 60], hereby jointly submit the proposed Scheduling Order.

October 1, 2025

Respectfully submitted,

By:  */s/ Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
P: 804.899.8089
F: 804.899.8229
terry@terryfranklaw.com
*Local Counsel for Plaintiffs Shenzhen Jianke*
*Technology Co., Ltd. and Shenzhen Huihaibang*
*Trading Co., Ltd*

By: */s/ Joseph Farco*
Joseph Farco, Esq. (Admitted *pro hac vice*)
BOCHNER PLLC
1040 Avenue of the Americas, 15th F
New York, NY 10018
P: 646.971.0685
jfarco@bochner.law
*Counsel for Plaintiffs Shenzhen Jianke Technology Co., Ltd. and Shenzhen Huihaibang Trading Co., Ltd*


By:/s/ Thomas T. Tatonetti
Thomas James Tatonetti, Esq.
(Admitted *pro hac vice*)
TATONETTI IP
569 77th Street
Brooklyn, NY 11209
P: 917.684.2684
ttatonetti@tatonettiip.com
*Counsel for Defendant Earthables*


By: /s/ Benjamin E. Maskell
Benjamin E. Maskell, Esq. (VSB No. 78791)
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
P: 703.568.4523
ben@maskelllaw.com
*Local Counsel for Defendant Earthables*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 1, 2025, I filed the Notice of Filing Proposed Scheduling Order with the Clerk of the Court using the CM/ECF System, who will provide notice to the following:

Thomas James Tatonetti, Esq.
(Admitted *pro hac vice*)
TATONETTI IP
569 77th Street
Brooklyn, NY 11209
P: 917.684.2684
ttatonetti@tatonettiip.com
*Counsel for Defendant Earthables*

Benjamin E. Maskell, Esq.
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
P: 703.568.4523
ben@maskelllaw.com
*Local Counsel for Defendant Earthables*

By:   */s/ Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
P: 804.899.8089
F: 804-899-8229
terry@terryfranklaw.com