UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| SHENZHEN JIANKE TECHNOLOGY CO., LTD. and SHENZHEN HUIHAIBANG TRADING CO., LTD.,<br><br>       **Plaintiffs,**<br>  v.<br><br>EARTHABLES LTD.,<br><br>       **Defendant.** | **Case No.: 3:25-cv-00357** |

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

Plaintiffs, Shenzhen Jianke Technology Co., Ltd. ("Jianke") and Shenzhen Huihaibang Trading Co., Ltd. ("Shenzhen," together "Plaintiffs") and Earthables Ltd. ("Earthables" or "Defendant," collectively the "Parties"), through their respective attorneys of record, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 502(e) of the Federal Rules of Evidence, respectfully jointly move the Court for entry of the attached Stipulated Protective Order and state as follows in support:

1.     The parties contemplate that discovery in this action may involve the production or disclosure of trade secrets, confidential personal, financial or business information and/or competitive information.

2.     To ensure the protection of such information from public disclosure, the parties request entry of a Stipulated Protective Order in this case, a copy of which is attached hereto as **Exhibit A**.

3.      Plaintiffs and Defendant, by counsel, consent to jointly move to enter the attached Stipulated Protective Order.

4.      Because the parties have agreed to the entry of the proposed Stipulated Protective Order, no hearing on this Joint Motion is necessary unless desired by the Court.

WHEREFORE, Plaintiffs Shenzhen Jianke Technology Co., Ltd. ("Jianke") and Shenzhen Huihaibang Trading CO., Ltd. and Defendant Earthables Ltd., by counsel, respectfully request that the Court grant their Joint Motion and enter the attached Stipulated Protective Order.

Respectfully submitted this October 16, 2025.

**SHENZHEN JIANKE TECHNOLOGY CO., LTD. ("JIANKE") AND SHENZHEN HUIHAIBANG TRADING CO., LTD.**

**EARTHABLES, LTD.**

/s/ Terry C. Frank
Terry C. Frank, Esq. (VSB No. 74890)
Terry Frank Law
6722 Patterson Ave., Ste. B
Richmond, VA 23226
T: 804.899.8089
F: 804.899.8229
terry@terryfranklaw.com

/s/ Joseph Farco
Joseph Farbo, Esq. (*pro hac vice*)
Bochner PLLC
1040 Avenue of the Americas, 15th FL
New York, NY 10018
T: 646.971.0685
jfarco@bochner.law

/s/ Benjamin E. Maskell
Benjamin E. Maskell, Esq.
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Telephone: 703.568.4523
ben@maskelllaw.com

/s/ Thomas James Tatonetti
Thomas James Tatonetti, Esq.
TATONETTI IP
569 77th Street
Brooklyn, NY 11209
Telephone: 212.518.6459
ttatonetti@tatonettiip.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 16, 2025, the Joint Motion to Enter Stipulated Protective

Order was filed with the Court's CM/ECF system, which will give notice to the following:


Benjamin E. Maskell, Esq.
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Telephone: 703.568.4523
ben@maskelllaw.com

Thomas James Tatonetti, Esq.
TATONETTI IP
569 77th Street
Brooklyn, NY 11209
Telephone: 212.518.6459
ttatonetti@tatonettiip.com


By:   /s/ Terry C. Frank
Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
Telephone: 804.899.8089
Fax: 804.899.8229
terry@terryfranklaw.com

3